**Meredith Yates, Pro Se**
Fed.Reg.No. 30900-058
FPC Alderson
Glen Ray Road, Box B
Alderson, West Virginia 24910



FILED

AUG - 2 2019

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

United States District Court
Southern District Of West Virginia
Beckley Division

| | | |
|---|---|---|
| Meredith Yates,<br>　　　Plaintiff, | ) ) ) | |
| Vs. | ) ) | Case No: 1:19 cv 00564 |
| United States of America,<br>Greenbrier Physicians Inc.,<br>Dr. Robert Lee Wheeler,<br>　　　Defendant(s). | ) ) ) ) ) ) | |

## Motion For Permission To Proceed In Forma Pauperis

COMES NOW, **Meredith Yates**, Plaintiff, Pro Se, hereby declares, deposes and says that she is the Plaintiff in the above titled case. The Plaintiff is requesting permission to proceed In Forma Pauperis without being required to prepay fees, costs or give security thereof. The Plaintff states that because of her poverty, she unable to pay in advance the filing fee. The Plaintiff believes that she is entitled to relief.

The Plaintiff further declares that the answers to the following questions and instruction are true and correct:

A. Have you received, within the past 12 months, money from any of the following sources?
    (a) Business, Profession or form of self employment?       **NO**
    (b) Rent Payments, interest or dividends?       **NO**
    (c) Pensions, annuities or life insurance payments?       **NO**
    (d) Gifts or inheritances?       **NO**
    (e) Family or friends?       **YES**
    (f) Any or other sources?       **NO**

If you answered YES to any of the questions above describe each of the sources of the money and state the amount recived from each during the last 12 months

**I receive approximately $ _100.00_ a month from my family and friends in order to assist me with phone calls, e-mails, hygiene and living expenses with the facility.**

**I also make approximately $ _31.00_ a month from my prison job.**

B.  Do you own any cash, or do you have money in checking or savings accounts, including funds in prison accounts?                                            **YES**

**See attached Prison Account Summary**

C.  Do you own any real estate, stocks, bonds, noted, automobiles or other valuable property, excluding ordinary household furnishing and clothing?           **YES**

**I own part my family's homestead in North Carolina, but I do not have the power to do anything with the property.**

I understand that a false statement or answer to any question in this affidavit will subject me to

penalties for perjury. I declare (or certify, verify, or state) under the penalty of perjury that the

foregoing is true and correct to the best of my knowledge (**28 U.S.C. §1746**)

**RESPECTFULLY  SUBMITTED** this ___29th___ day of ~~August~~ July, **2019.**

_Meredith Yates_

Meredith Yates, Pro Se

Date:   07/30/2019                                                                    Location: ALD
Time:   07:13:58 AM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

| Inmate No: 30900058  Inmate Name: YATES, MEREDITH ANN | | Available Balance: $102.11 |
|---|---|---|

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 02/22/2019 | TFN0222 | Phone Withdrawal | | -$20.00 |
| 02/19/2019 | 4 | Sales | | -$23.50 |
| 02/16/2019 | TL0216 | TRUL Withdrawal | | -$10.00 |
| 02/11/2019 | 46 | Sales | | -$25.25 |
| 02/08/2019 | TL022019 | Pre-Release Transaction | | -$6.00 |
| 02/08/2019 | UIPP0119 | Payroll - IPP | | $28.71 |
| 02/08/2019 | UIPP0119 | Pre-Release Transaction | | $0.00 |
| 02/04/2019 | 27 | Sales | | -$12.20 |
| 02/01/2019 | TL0201 | TRUL Withdrawal | | -$15.00 |
| 02/01/2019 | TL022019 | Pre-Release Transaction | | -$15.00 |
| 02/01/2019 | 70176501 | Lockbox - CD | REEVES | $100.00 |
| 02/01/2019 | 70176501 | Pre-Release Transaction | | $0.00 |
| 01/27/2019 | TL012019 | Pre-Release Transaction | | -$6.00 |
| 01/25/2019 | 33319025 | Western Union | CHERRY | $30.00 |
| 01/25/2019 | 33319025 | Pre-Release Transaction | | $0.00 |
| 01/25/2019 | TL0125 | TRUL Withdrawal | | -$10.00 |

Date:  07/29/2019                                                                    Location: ALD
Time:  07:47:28 PM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

**Inmate No: 30900058   Inmate Name: YATES, MEREDITH ANN          Available Balance: $2.11**

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 03/18/2019 | 33 | Sales | | -$39.70 |
| 03/16/2019 | TL0316 | TRUL Withdrawal | | -$5.00 |
| 03/16/2019 | TL032019 | Pre-Release Transaction | | -$10.00 |
| 03/16/2019 | 70179501 | Lockbox - CD | REEVES | $100.00 |
| 03/16/2019 | 70179501 | Pre-Release Transaction | | $0.00 |
| 03/11/2019 | 53 | Sales | | -$21.55 |
| 03/08/2019 | TL032019 | Pre-Release Transaction | | -$5.00 |
| 03/07/2019 | UIPP0219 | Payroll - IPP | | $24.36 |
| 03/07/2019 | UIPP0219 | Pre-Release Transaction | | $0.00 |
| 03/04/2019 | 36 | Sales | | -$22.05 |
| 02/25/2019 | 43 | Sales | | -$26.70 |

Inmate #: 30900058

Date:  07/29/2019                                                                                    Location: ALD
Time:  07:08:44 PM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

| Inmate No: 30900058  Inmate Name: YATES, MEREDITH ANN | Available Balance: $2.11 |
|---|---|

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 04/22/2019 | 23 | Sales | | -$16.50 |
| 04/20/2019 | TL0420 | TRUL Withdrawal | | -$5.00 |
| 04/15/2019 | 49 | Sales | | -$19.55 |
| 04/14/2019 | TL0414 | TRUL Withdrawal | | -$5.00 |
| 04/14/2019 | TL042019 | Pre-Release Transaction | | -$12.00 |
| 04/14/2019 | TFN0414 | Phone Withdrawal | | -$22.00 |
| 04/13/2019 | 70181501 | Lockbox - CD | REEVES | $100.00 |
| 04/13/2019 | 70181501 | Pre-Release Transaction | | $0.00 |
| 04/12/2019 | TL0412 | TRUL Withdrawal | | -$2.00 |
| 04/08/2019 | 31 | Sales | | -$10.15 |
| 04/04/2019 | TL042019 | Pre-Release Transaction | | -$5.00 |
| 04/04/2019 | UIPP0319 | Payroll - IPP | | $25.23 |
| 04/04/2019 | UIPP0319 | Pre-Release Transaction | | $0.00 |
| 04/01/2019 | TFN0401 | Phone Withdrawal | | -$5.00 |
| 04/01/2019 | 51 | Sales | | -$25.60 |
| 03/28/2019 | TL0328 | TRUL Withdrawal | | -$5.00 |

Inmate #: 30900058

Date:    07/29/2019                                                                                    Location: ALD
Time:    06:36:23 PM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

**Inmate No: 30900058   Inmate Name: YATES, MEREDITH ANN          Available Balance: $2.11**

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 05/28/2019 | 19 | Sales | | -$22.45 |
| 05/20/2019 | 38 | Sales | | -$20.95 |
| 05/17/2019 | TL0517 | TRUL Withdrawal | | -$5.00 |
| 05/13/2019 | 34 | Sales | | -$18.60 |
| 05/11/2019 | TFN0511 | Phone Withdrawal | | -$20.00 |
| 05/10/2019 | TL052019 | Pre-Release Transaction | | -$12.00 |
| 05/10/2019 | TL0510 | TRUL Withdrawal | | -$5.00 |
| 05/10/2019 | 70183401 | Lockbox - CD | REEVES | $100.00 |
| 05/10/2019 | 70183401 | Pre-Release Transaction | | $0.00 |
| 05/06/2019 | 39 | Sales | | -$13.95 |
| 05/03/2019 | TL0503 | TRUL Withdrawal | | -$5.00 |
| 05/03/2019 | TL052019 | Pre-Release Transaction | | -$5.00 |
| 05/02/2019 | UIPP0419 | Payroll - IPP | | $30.45 |
| 05/02/2019 | UIPP0419 | Pre-Release Transaction | | $0.00 |
| 04/29/2019 | TL0429 | TRUL Withdrawal | | -$10.00 |
| 04/29/2019 | 33 | Sales | | -$18.35 |

Inmate #: 30900058

Date:   07/29/2019                                                                    Location: ALD
Time:   05:54:21 PM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

**Inmate No:** 30900058  **Inmate Name:** YATES, MEREDITH ANN        **Available Balance:** $7.11

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 06/24/2019 | TL0624 | TRUL Withdrawal | | -$15.00 |
| 06/24/2019 | 30 | Sales | | -$27.30 |
| 06/22/2019 | TFN0622 | Phone Withdrawal | | -$20.00 |
| 06/21/2019 | TL0621 | TRUL Withdrawal | | -$5.00 |
| 06/21/2019 | TL062019 | Pre-Release Transaction | | -$12.00 |
| 06/21/2019 | 1057 | Govt Doc Required | | -$5.00 |
| 06/21/2019 | 1057 | BP 199 Request - Released | | $5.00 |
| 06/21/2019 | 70186301 | Lockbox - CD | REEVES | $100.00 |
| 06/21/2019 | 70186301 | Pre-Release Transaction | | $0.00 |
| 06/17/2019 | 29 | Sales | | -$20.60 |
| 06/16/2019 | TL062019 | Pre-Release Transaction | | -$10.00 |
| 06/16/2019 | TL0616 | TRUL Withdrawal | | -$5.00 |
| 06/16/2019 | 70185902 | Lockbox - CD | REEVES | $100.00 |
| 06/16/2019 | 70185902 | Pre-Release Transaction | | $0.00 |
| 06/12/2019 | 1057 | BP 199 Request | | -$5.00 |
| 06/12/2019 | 1047 | BP 199 Request - Released | | $5.00 |
| 06/10/2019 | 1047 | BP 199 Request | | -$5.00 |
| 06/10/2019 | 11 | Sales | | -$24.20 |
| 06/06/2019 | TL062019 | Pre-Release Transaction | | -$11.00 |
| 06/06/2019 | TL0606 | TRUL Withdrawal | | -$10.00 |
| 06/06/2019 | UIPP0519 | Payroll - IPP | | $55.80 |
| 06/06/2019 | UIPP0519 | Pre-Release Transaction | | $0.00 |
| 06/04/2019 | TL0604 | TRUL Withdrawal | | -$2.00 |
| 06/03/2019 | 18 | Sales | | -$1.80 |
| 06/03/2019 | 17 | Sales | | -$10.05 |
| 05/30/2019 | TL0530 | TRUL Withdrawal | | -$2.00 |

Inmate #: 30900058

Date:    07/29/2019                                                                    Location: ALD
Time:    05:16:01 PM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

**Inmate No: 30900058   Inmate Name: YATES, MEREDITH ANN            Available Balance: $7.11**

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 07/22/2019 | 33 | Sales | | -$12.40 |
| 07/21/2019 | TFN0721 | Phone Withdrawal | | -$3.00 |
| 07/15/2019 | TL0715 | TRUL Withdrawal | | -$5.00 |
| 07/15/2019 | 36 | Sales | | -$15.40 |
| 07/12/2019 | TL0712 | TRUL Withdrawal | | -$5.00 |
| 07/08/2019 | 33 | Sales | | -$37.00 |
| 07/05/2019 | TL0705 | TRUL Withdrawal | | -$5.00 |
| 07/03/2019 | TL072019 | Pre-Release Transaction | | -$4.00 |
| 07/03/2019 | UIPP0619 | Payroll - IPP | | $18.40 |
| 07/03/2019 | UIPP0619 | Pre-Release Transaction | | $0.00 |
| 07/01/2019 | 48 | Sales | | -$12.60 |
| 06/29/2019 | TL0629 | TRUL Withdrawal | | -$5.00 |

Inmate #: 30900058