**Meredith Yates, Pro Se**
Fed.Reg.No. 30900-058
FPC Alderson
Glen Ray Road, Box B
Alderson, West Virginia 24910



FILED

AUG - 2 2019

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

United States District Court
Southern District Of West Virginia
Beckley Division

| | | |
|---|---|---|
| Meredith Yates,<br>        Plaintiff, | ) | |
| | ) | |
| | ) | |
| Vs. | ) | Case No: *1:19 cv 00564* |
| | ) | |
| United States of America, | ) | |
| Greenbrier Physicians Inc., | ) | |
| Dr. Robert Lee Wheeler, | ) | |
|        Defendant(s). | ) | |
| | ) | |

## Civil Complaint

**COMES NOW, Meredith Yates**, Plaintiff, Pro Se, hereby submits this civil complaint.

### Jurisdiction

This court has jurisdiction over the Plaintiff's claim(s) that are asserted against the Defendant United States of America, on the grounds that the claim(s) are asserted pursuant to the **Federal Tort Claims Act**. This court has subject matter jurisdiction over these claims pursuant to **28 U.S.C. §1346(b)**.

This court has jurisdiction over the Plaintiff's claim(s) that are asserted against Defendant(s) Greenbrier Physicians Inc. and Dr. Robert Lee Wheeler on the grounds that the claim(s) are asserted pursuant to complete diversity jurisdiction rule. The citizenship of the Plaintiff and the citizenship of Defendant(s) Greenbrier Physicians Inc. and Dr. Robert Lee

Wheeler are diverse. And the amount in controversy exceeds $75,000.00. This court has subject matter jurisdiction over the claim(s) pursuant to **28 U.S.C. §1332.**

This court also has supplemental jurisdiction over all other claim(s) asserted in this complaint under **28 U.S.C. §1367(a)**, because they are also related to the claim(s) asserted against the Defendant(s) that they form part of the same case or controversy under **Article III** of the **United States Constitution.**

## Parties to the Complaint

**Plaintiff: Meredith Yates** is the Plaintiff. Federal Register Number 30900-058. She is currently in the care and custody of the Federal Bureau of Prisons. The Plaintiff is currently housed at Federal Prison Camp Alderson, Glen Ray Road, Box B, Alderson, West Virginia, 24910. She is a legal resident of the State of North Carolina. She was domiciled in the State of North Carolina immediately preceding her incarceration, and is returning to the States of North Carolina upon release.

**Defendant: United States of America.** C/O Attorney General of the Unit8ed States, 950 Pennsylvania, NW, Washington, D.C. 20530. The individual staff members at FPC Alderson are employees of the United States of America.

**Defendant: Greenbrier Physicians Inc..** 1322 Maplewood Ave, Ronceverte, WV, 24970. This business is licensed in the State of West Virginia and primarily conducts business in Ronceverte, West Virginia.

**Defendant: Robert L. Wheeler, MD.** 1322 Maplewood Ave, Ronceverte, WV, 24970. Dr. Wheeler is a licensed specialist in Obstetrics & Gynecology by the State of West Virginia. Dr. Wheeler was the treating specialist that damaged the Plaintiffs reproductive system.

## Exhaustion of Administrative Remedies

The Administrative Tort Claim addressed the subject matter of this complaint. This claim was given a claim number of TRT-MXR-2019-00562. A copy of the Administrative Tort Claim is attached to this complaint (Exhibit A).

The Plaintiff was to receive a response to the Administrative Tort Claim TRT-MXR-2019-00562 within six (6) months of its receipt. See attached letter (Exhibit B). The Plaintiff received the denial notification dated February 8, 2019.

The Plaintiff served notice of intent to file suit upon Dr. Robert L. Wheeler and Greenbrier Physicians Inc on May 24, 2019 by certified mail. This was more than 60 days prior to filing this suit. The Plaintiff never received any response to the notice.

## Basis of the Claim

### Defendant United States of America

By statute, the Bureau of Prisons, under the direction of the Attorney General, shall provide suitable care of allo persons convicted of offenses against the United States. See **18 U.S.C. §4042(a)(2)**.

Prior to being incarcerated the Plaintiff had an Intrauterine Contraceptive Device (I.U.D.) implanted to avoid getting pregnant at that time. It was to be removed at a later date, thus allowing the Plaintiff to once again have children.

Once the Plaintiff was incarcerated in the Federal Bureau of Prisons (B.O.P.) it was decided that the I.U.D. needed to be removed. The Plaintiff is housed at Federal Prison Camp (F.P.C.) Alderson in Alderson, West Virginia. PA Roberts attempted to remove it on site, but noticed that it appeared to be imbedded. Due to this fact PA Roberts requested a consult with a specialist for the Plaintiff.

-Civil Complaint Page 3 -

On September 12, 2017 the Plaintiff was sent to see Dr. Robert Wheeler, at Greenbrier Physicians Inc., to see about removing the I.U.D. Dr. Wheeler noted: "The cervix appears multiparous with strings broke off. I [Dr. Wheeler] then grasped the base of the I.U.D. and pulled when it fractured removing only a portion. I [Dr. Wheeler] then tried to 'hook' it with the Novak's Curette but was unsuccessful. She [the Plaintiff] tolerated the procedure well. The portion that was removed was demonstrated to her [the Plaintiff]. I [Dr. Wheeler] then took a Kub, determining what appears to be two retained fragments."

The B.O.P. staff member present was Ms. McAllister. Officer McAllister can testify that the Plaintiff did not "tolerate" the procedure well. The Plaintiff was crying because it had hurt so much. Officer McAllister gave the Plaintiff tissues and later told the Plaintiff how bad she felt for the Plaintiff.

Dr. Wheeler never explained to the Plaintiff that he was effectively sterilizing her. After the strings broke Dr. Wheeler only said that it was going to hurt. At no point did Dr. Wheeler obtain permission from the Plaintiff to continue the procedure if there was any chance it would result in sterilization. Dr. Wheeler had no right to do this to the Plaintiff. The Plaintiff was not court ordered to be sterilized.

The Plaintiff was in so much pain she had to take two weeks off from her job assignment within the facility. The Plaintiff's uterus felt like it had been destroyed. The Plaintiff felt, and continues to feel, less than human. The Plaintiff wanted to have more children, now she cannot.

The Plaintiff cannot even attempt to explain the amount of mental and psychological damage that has been done. The one thing that makes the Plaintiff a woman has been taken away from her without her consent. This injury has changed the Plaintiff's entire life and will have life long consequences.

Furthermore, the Plaintiff had no control over which doctors she was sent to see. Nor did she have the power to seek a second opinion. The Plaintiff is forced to see whatever doctors the Federal Bureau of Prisons sends her to see. No matter their qualifications.

### Defendants Robert L. Wheeler, MD and
### Greenbrier Physicians Inc.

On September 12, 2017 the Plaintiff was transported to Greenbrier Physicians Inc., at 1322 Maplewood Avenue in Ronceverte West Virginia, to see Dr. Robert L. Wheeler. The visit was to see about removing an implanted Intrauterine Device (IUD). During this visit Dr. Wheeler noted that "the cervix appears multiparous with strings broke off." Dr. Wheeler then grasped the base of the IUD and pulled, causing the IUD to fracture and only remove a portion of the IUD. Dr. Wheeler then tried to 'hook' it with the Novak's Curette, but was unsuccessful. Dr. Wheeler noted in his records that the Plaintiff tolerated the procedure well. This was not true. The Plaintiff was in severe pain and crying. Dr. Wheeler showed the Plaintiff the portion that was removed. Dr. Wheeler took a Kub, and determined what appeared to be two retained fragments.

Ms. McAllister, a Federal Bureau of Prisons employee, was present for this procedure. Ms. McAllister can testify to the incident, she would testify further that the Plaintiff DID NOT tolerate the procedure well. The Plaintiff was crying because of the severe pain from the procedure. Ms. McAllister gave the Plaintiff tissues, and later told the Plaintiff how bad she felt for her.

Dr. Wheeler never explained to the Plaintiff that he was effectively sterilizing the her. After the stringing broke Dr. Wheeler only said that it was going to hurt. At no point did Dr. Wheeler obtain permission from the Plaintiff to continue the procedure, if there was a chance it would result in sterilization.

The Plaintiff was in so much pain that she had to take two weeks off from work. Her uterus felt like it had been beaten up and she felt less than human. And still does. Now the Plaintiff cannot carry a fetus to term

The Plaintiff cannot even attempt to explain the amount of mental and psychological damage that has been done. The one thing that made the Plaintiff a woman has been forcibly taken away from her without her consent. This injury has changed her entire life and will have life-long consequences.

The Plaintiff feels that the way her medical care was handled by Greenbrier Physicians Inc. and Dr. Robert L. Wheeler amounts to medical malpractice. As well as being below acceptable standards of care required by those in their positions. Nor, was the Plaintiff aware that Dr. Wheeler had four (4) prior malpractice claims against him, and that three (3) of those were settled out of court (Exhibit D).

## Injuries

The Plaintiff suffers daily both mentally and physically. Due to the subject matter of this complaint the Plaintiff will no longer be able to carry a fetus to term. In effect the Plaintiff is now effectively sterilized.

## Damages

As a result, and proximate cause, of the Defendant(s) negligence and medical malpractice, the Plaintiff suffered the following damages:

a. Physical Pain and Mental Anguish,

b. Disfigurement in the Past and Future,

c. Physical Impairment in the Past and Future,

d. Medical Expenses in the Future.

## Relief Requested

### Defendant United States of America

The Plaintiff requests the following relief from the Defendant United States of America:

A. Award damages in the following amounts in U.S. Dollars:

Pain and Suffering –

(1) Past -                                                    $ 125,000.00

For having to suffer with the pain of having the UID forcibly removed by a Doctor

that should have never been treating the Plaintiff.

(2) Future -                                                 $ 125,000.00

For being sterilized due to the Defendant's choice of provider that the Plaintiff forced

to see.

Medical Costs –

(1) Past -                                                   $       0.00

(2) Future –                                                 $ 250,000.00

To cover future visits to various specialist, surgeons, rehabilitation specialist,

evaluation and treatments.

Emotion and Psychological Injury –

(1) Past -                                                   $ 250,000.00

(2) Future -                                                 $ 250,000.00

**Total Damages United States of America -**                 **$1,000,000.00**

B. Grant such other relied as it may appear that the Plaintiff is entitled.

### Defendant Greenbrier Physicians Inc.

The Plaintiff requests the following relief from the Defendant Greenbrier Physicians Inc:

A. Award damages in the following amounts in U.S. Dollars:

Pain and Suffering –

    (3) Past -                                       $ 100,000.00

For having to suffer with the pain of having the UID forcibly removed without consent.

    (4) Future -                                $ 100,000.00

For being sterilized due to the Defendant's employment of Dr. Wheeler.

Medical Costs –

    (3) Past -                                   $       0.00

    (4) Future –                               $ 100,000.00

To cover future visits to various specialist, surgeons, rehabilitation specialist, evaluation, and treatments.

Emotion and Psychological Injury –

    (3) Past -                                   $ 100,000.00

    (4) Future -                                <u>$ 100,000.00</u>

**Total Damages Greenbrier Physicians Inc. -**          **$ 500,000.00**

B. Grant such other relied as it may appear that the Plaintiff is entitled.

## Defendant Robert L. Wheeler, MD

The Plaintiff requests the following relief from the Defendant Robert L. Wheeler, MD:

A. Award damages in the following amounts in U.S. Dollars:

Pain and Suffering –

    (5) Past -                                   $ 100,000.00

For having to suffer with the pain of having the UID forcibly removed by a Doctor

Wheeler without the Plaintiff's full consent.

(6) Future -                                                    $ 100,000.00

For being sterilized due to the Defendant's actions.

Medical Costs –

(5) Past -                                                      $        0.00

(6) Future –                                                    $ 100,000.00

To cover future visits to various specialist, surgeons, rehabilitation specialist,

evaluation and treatments.

Emotion and Psychological Injury –

(5) Past -                                                      $ 100,000.00

(6) Future -                                                    $ 100,000.00

**Total Damages Robert L. Wheeler, MD -**                      **$ 500,000.00**

B.  Grant such other relied as it may appear that the Plaintiff is entitled.

### Declaration

The Plaintiff, **Meredith Yates**, hereby swears that the statements made in this Complaint

are true and correct to the best of her knowledge. This declaration is made under penalty of

perjury pursuant to **28 U.S.C. §1746(2)**.

**RESPECTFULLY SUBMITTED** this ___29th___ day of ~~August~~ July, 2019.

_Meredith Yates_

Meredith Yates, Pro Se

# EXHIBIT A

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency:<br>Mid Atlantic Regional Office<br>Federal Bureau of Prisons<br>302 Sentinel Drive, Suite 200<br>Annapolis Junction, MD  20701 | 2. Name, address of claimant, and claimant's personal representative, if any. (See instructions on reverse). Number, Street, City, State and Zip code.<br>Meredith Yates #30900-058<br>FPC Alderson<br>Glen Ray Road, Box B<br>Alderson, West Virginia 24910 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☑ CIVILIAN | 4. DATE OF BIRTH<br>/74 | 5. MARITAL STATUS<br>married | 6. DATE AND DAY OF ACCIDENT<br>9/12/2017 | 7. TIME (A.M. OR P.M.)<br>9 A.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

See Attached Page(s)

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

N/A

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

See Attached Page(s)

11. **WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| N/A | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| -0- | $1,000,000.00 | -0- | $1,000,000.00 USD |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(304) 445-3300 | 14. DATE OF SIGNATURE<br>8/29/18 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

15-109

NSN 7540-00-634-4046

STAND... FORM 95 (REV. 2/2007)
PRESCRIB... ... OF JUSTICE
28 CFR 14.2

**Basis of the Claim:** Prior to being incarcerated the Claimant had an Intrauterine Contraceptive Device (I.U.D.) implanted to avoid getting pregnant at the time. It was to be removed at a later date, thus allowing the Claimant to once again to have children.

Once the Claimant was incarcerated in the Federal Bureau of Prisons (B.O.P.) it was decided that the I.U.D. needed to be removed. The Claimant is housed at F.C.I. Alderson in Alderson, West Virginia. P.A. Roberts and the Claimant discussed the removal of the I.U.D. P.A. Roberts attempted to remove it on site, but noticed that it appeared to be imbedded. Due to this fact P.A. Roberts requested a consult with a specialist for the Claimant.

On September 12, 2017, the Claimant was sent to Dr. Robert Wheeler, at Greenbrier Physicians Inc., to see about removing the I.U.D. Dr. Wheeler noted: "The cervix appears multiparous with strings broke off. I [Dr. Wheeler] then grasped the base of the I.U.D. and pulled when it fractured removing only a portion. I [Dr. Wheeler] then tried to 'hook' it with the Novak's Curette but was unsuccessful. She [the Claimant] tolerated the procedure well. The porition that was removed was demonstrated to her [the Claimant]. I [Dr. Wheeler] then took a Kub, determining what appears to be two retained fragments."

The officer present was Ms. McAllister. Who can testify that the Claimant did not "tolerate" the procedure well. The Claimant was crying because it had hurt so bad. Officer McAllister gave the Claimant tissues and later told the Claimant how bad she felt for the Claimant.

Dr. Wheeler never explained to the Claimant that he was effectively sterilizing her. After the strings broke Dr. Wheeler only said that it was going to hurt. At no point did Dr. Wheeler obtain permission from the Claimant to continue the procedure if there was any chance it would result in sterilization. Dr. Wheeler had no right to do this to the Claimant. The Claimant was not court ordered to be sterilized.

The Claimant was in so much pain she had to take two weeks off of work. The Claimant's uterus felt like it had been beaten up. The Claimant felt less than human. The reason the Claimant agreed to have the I.U.D. removed was because she did want to have more children again. Now the Claimant can never carry a child to term.

**Nature of the Injury:** The Claimant can not even attempt to explain the amount of mental and psychological damages that has been done. The one thing that makes the Claimant a woman has been taken away from her without her consent. The Claimant was not sentenced to sterilization. This injury has changed the Claimant's entire life and will have life long consequences.

# EXHIBIT B



**U.S. Department of Justice**

Federal Bureau of Prisons

*Beckley Consolidated Legal Center*

---

*1600 Industrial Park Road, P.O. Box 1280*
*Beaver, West Virginia 25813*

February 8, 2019

Meredith Yates
Register No. 30900-058
FPC Alderson
Glen Ray Rd. Box A
Alderson, WV 24910

Re: Tort Claim No. TRT-MXR-2019-00562

Dear Ms. Yates:

Your claim has been considered for administrative settlement under the Federal Tort Claims Act, 28 U.S.C. § 2671, *et. seq.*, and authority granted under 28 C.F.R. § 0.172. You claim government liability in the amount of $1,000,000.00 for the alleged mistreatment and resulting complications related to the removal of an IUD device on or about December 7, 2017.

An investigation into this matter reveals you requested the removal of the IUD device at a routine pap smear on June 16, 2017. It was determined by the mid-level care provider performing the exam that the IUD was embedded, and a referral to an outside OB/GYN for consultation and removal was ordered. On September 12, 2017, an outside physician attempted to remove the device, but it fractured, resulting in a recommendation for a D&C and Hysteroscopy. On December 7, 2017, you signed a consent form for the hysteroscopy, and an outside physician completed the procedure to remove the embedded device and fragments. You were placed under general anesthesia for the duration of the procedure. No complications were noted, and no sterilization procedure was performed. After the procedure, you did not seek assistance or make any appointments with institution psychology or medical staff for any psychological or medical concerns related to the procedure.

Based on the above, it is determined you have received continuous and adequate medical care in relation to your requested removal of the IUD. Accordingly, your claim is denied. This is a final denial of your claim. If you are not satisfied with this determination, you have six months from the date of the mailing of this letter to bring suit in an appropriate United States District Court, should you wish to do so.

Sincerely,

Matthew W. Mellady
Regional Counsel

# EXHIBIT C

Meredith Yates
Fed. Reg. No. 30900-058
F.P.C. Alderson
Glen Ray Road, Box B
Alderson, West Virginia 24910

Certified Mail #7018 1830 0000 2895 8602

Date: May 22, 3019

Greenbrier Physicians Inc.
Dr. Robert L. Wheeler
1322 Maplewood Avenue
Ronceverte, West Virginia 24970-8016

RE:     Meredith Yates
        Patient Id: 317658

## NOTICE OF INTENT TO FILE SUIT

Dear Greenbrier Physicians Inc. and Dr. Robert L. Wheeler;

This letter is notice that I intend to file suit against you in Federal District Court. I am providing you notice of (1) damages or injury claimed, (2) the time and place of the incident, and (3) the incident itself.

### Details of the Complaint

On September 12, 2017 I was transported to your office at 1322 Maplewood Avenue, Ronceverte, West Virginia to see about removing an implanted IUD device. During this visit to your facility Dr. Robert L. Wheeler noted that "the cervix appears multiparous with strings broke off. [Dr. Wheeler] then grasped the base of the IUD and pulled when it fractured removing only a portion. [Dr. Wheeler] then tried to 'hook' it with the Novak's Curette but was unsuccessful. [Yates] tolerated the procedure well. The portion that was removed was demonstrated to [Yates]. [Dr. Wheeler] then took a Kub, determining what appears to be two retained fragments.'

Ms. McAllister, a Federal Bureau of Prisons employee, was present for the procedure. She can testify to the incident, and would further testify that I did not "tolerate" the procedure well. I was crying because of the pain from the procedure. Officer McAllister gave me tissues, and later told me how bad she felt for me.

Dr. Wheeler never explained to me that he was effectively sterilizing me. After the stringing broke Dr. Wheeler only said that it was going to hurt. At no point did Dr. Wheeler obtain permission from me to continue the procedure if there was a chance it would result in sterilization. Dr. Wheeler had no right to do this to me.

I was in so much pain that I had to take two weeks off from my prison job. My uterus felt like it had been beaten up and I felt less than human. Now I cannot carry a fetus to term.

I cannot even attempt to explain the amount of mental and psychological damage that has been done. The one thing that makes me a woman has been forcibly taken away from me without my consent. This injury has changed my entire life and will have life long consequences.

I feel that the way my medical care was handled by Greenbrier Physicians Inc. and Dr. Robert L. Wheeler amounts to medical malpractice, as well as being below acceptable standards of care required by those in your position.

Also, due to the fact that I am a federal inmate, I am is still a resident of North Carolina. Therefore, I will be bringing this lawsuit in federal court under the rule of diversity jurisdiction. Federal law states that "A prisoner does not acquire a new domicile in the place of his imprisonment, but retains the domicile he had prior to incarceration."

I will be claiming damages in the amount of $500,000.00 against both Greenbrier Physicians Inc and Dr. Robert L. Wheeler as a result of the injuries suffered. I reserve the right to adjust this figure to conform to the evidence, and to account for attorney fees.

I wish to resolve this matter without having to file suit. Therefore, I am demanding that Greenbrier Physicians Inc and Dr. Robert L. Wheeler each pay the sum of $250,000.00 to resolve this matter. Included in this sum I would be willing to sign a non-disclosure agreement on these issues. If I am not contacted within 30 days of the date of this certified notice, suit will be filed against Greenbrier Physicians Inc and Dr. Robert L. Wheeler.

I look forward to hearing from you soonest.

Sincerely,

Meredith Yates

Certified Mail: 7018 1830 0000 2895 8602

7/25/2019                                    USPS.com® - USPS Tracking® Results

# USPS Tracking®

**FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)**

## Track Another Package  +

Remove ✕

**Tracking Number:** 70181830000028958602

Your item was delivered to the front desk, reception area, or mail room at 10:50 am on May 24, 2019 in RONCEVERTE, WV 24970.

## ⊘ Delivered

May 24, 2019 at 10:50 am
Delivered, Front Desk/Reception/Mail Room
RONCEVERTE, WV 24970

Feedback

⌃

### Tracking History

**May 24, 2019, 10:50 am**
Delivered, Front Desk/Reception/Mail Room
RONCEVERTE, WV 24970
Your item was delivered to the front desk, reception area, or mail room at 10:50 am on May 24, 2019 in
RONCEVERTE, WV 24970.

**May 24, 2019, 8:21 am**
Out for Delivery
RONCEVERTE, WV 24970

**May 24, 2019, 8:11 am**
Sorting Complete
RONCEVERTE, WV 24970

**May 24, 2019, 8:05 am**
Arrived at Unit
RONCEVERTE, WV 24970

**May 24, 2019, 1:56 am**
Departed USPS Regional Origin Facility
CHARLESTON WV PROCESSING CENTER

**May 23, 2019, 6:15 pm**
Arrived at USPS Regional Origin Facility
CHARLESTON WV PROCESSING CENTER

**May 23, 2019, 12:17 pm**
Departed Post Office
ALDERSON, WV 24910

**May 23, 2019, 8:44 am**
USPS in possession of item
ALDERSON, WV 24910

**Product Information**                                        ∨    Feedback

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

# EXHIBIT D



# West Virginia
## Board of Medicine

# Search: Details

| Name | Title | Specialty | Certified | Location | Licensed Or Has Been Licensed In |
|---|---|---|---|---|---|
| Robert Lee Wheeler | MD | Obstetrics & Gynecology | Verify Specialty Certification | 1322 Maplewood Avenue Ronceverte, WV (Greenbrier) | CO, VA, WV |

## License History

| License Type | License Number | Status | License Date | Expiration Date |
|---|---|---|---|---|
| Medical Doctor | 13202 | Active | 07/12/1982 | 6/30/2019 |

## Education History

| School | Date Completed | Nature of Training |
|---|---|---|
| University Of Florida College Of Medicine | 06/10/1978 | Medical or Podiatric School |

## Physician Assistant(s) Collaboration

**Name**

## Discipline/Board Action History

**No Discipline Cases On Record**

## Malpractice History

Settlements in malpractice claims occur for a number of reasons, and are often made without any admission, inference or finding of fault on the part of the practitioner. Some medical specialties have a higher rate of malpractice claims because of higher risks associated with certain specialty practices. The malpractice information reported below should not be construed as creating a presumption that medical malpractice has occurred.

| Action | Loss Date | Action Date | Insurance Company | Adjudicating Body/Case # |
|---|---|---|---|---|
| Dismissal | 7/8/1996 | 2/15/2000 | Medical Assurance Of Wv | CIRCUIT COURT OF GREENBRIER CO, WV/98-C-134(R) |

Search: Details - WV Board of Medicine

| Action | Loss Date | Action Date | Insurance Company | Adjudicating Body/Case # |
|--------|-----------|-------------|-------------------|--------------------------|
| Settlement | 2/14/2006 | 5/14/2008 | Wv Mutual Ins Co | GREENBRIER COUNTY CIRCUIT COURT/07-C-05 |
| Settlement | 3/2/2006 | 1/5/2016 | Wv Mutual Ins Co | Greenbrier County Circuit Court/14-C-200 |
| Settlement | 12/30/2013 | 9/15/2017 | Wv Mutual Insurance Company | Greenbrier/16-C-111 |

This data was retrieved on 5/12/2019.